IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAYMEE FLEMING AND CAROL ANDERSON, individually and on behalf of all others similarly situated**, <br><br> Plaintiffs, <br><br> vs. <br><br> **DEL MONTE FOODS, INC.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 21-cv-1462-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Notice of Voluntary of Dismissal (Doc. 9), this matter is **DISMISSED without prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** March 28, 2022`

**MONICA A. STUMP,**
Clerk of Court

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**

2022.03.28
08:49:07
-05'00'

**STACI M. YANDLE**
**DISTRICT JUDGE**